Hicks *v.* The State.

Filed June 30, 1887.

No. 13,859.

## HICKS *v.* THE STATE.

CRIMINAL LAW.—*Arraignment and Plea.*—*Reversal of Judgment.*—Where, in a criminal case, the record does not show that the defendant was arraigned or waived arraignment, or that a plea was entered by or for him, a judgment of conviction will be reversed.

From the Switzerland Circuit Court.

*J. A. Works* and *L. O. Schroeder*, for appellant.

*L. T. Michener*, Attorney General, and *J. H. Gillett*, for the State.

ZOLLARS, C. J.—The record not showing that appellant was arraigned or waived it, nor that a plea was entered either by or for him, there is no alternative but to reverse the judgment. *Bowen* v. *State*, 108 Ind. 411, and cases there cited.

The judgment is reversed, and the clerk is directed to make the proper order for the return of appellant to the custody of the sheriff of Switzerland county to await further proceedings.

Filed June 29, 1887.